UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-3758 FMO (MRWx) | Date | June 5, 2015 |
|---|---|---|---|
| Title | Havensight Capital, LLC v. Facebook, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): | |
| None Present | None Present | |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction

On May 19, 2015, plaintiff Havensight Capital, LLC ("Havensight") filed a Complaint against Facebook, Inc. and Does 1 to 10. Jurisdiction is asserted on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. (See Complaint at 1-2).

Here, the Complaint alleges that Havensight, an LLC, "has a mailing address" in the U.S. Virgin Islands, (Complaint at ¶ 1), but does not allege the citizenship of each of its partners, members, or owners. The court must consider the citizenship of each of the partners (including limited partners), members, or owners. The citizenship of each of the entity's partners, members, or owners must therefore be alleged. See Grupo Dataflux v. Atlas Global Grp., L.P., 541 U.S. 567, 569, 124 S.Ct. 1920, 1923 (2004) ("[A] partnership . . . is a citizen of each State or foreign country of which any of its partners is a citizen."); Carden v. Arkoma Assocs., 494 U.S. 185, 195, 110 S.Ct. 1015, 1021 (1990) (diversity jurisdiction depends on the citizenship of all members of an artificial entity); Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n unincorporated association such as a partnership has the citizenships of all of its members."). Moreover, "a corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated. Johnson, 437 F.3d at 899 (citing 28 U.S.C. § 1332(c)(1)). Thus, if a partner, member, or owner of an LLC is a corporation, the citizenship of that corporation must also be alleged.

Based on the foregoing, IT IS ORDERED that no later than **June 12, 2015**, Havensight shall show cause in writing why its claims should not be dismissed for the reason noted above. Among other things, Havensight shall identify the citizenship and residence of each of its partners, members, and owners. **Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice**.

| | Initials of Preparer | vdr |
|---|---|---|