JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAVENSIGHT CAPITAL, LLC, | ) | Case No. CV 15-3758 FMO (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| FACEBOOK, INC., <u>et al.</u>, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 29th day of June, 2015.

/s/
Fernando M. Olguin
United States District Judge